UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Vincent Jones,
    Petitioner

v.                Case No.  1:10-cv-49

Deb Timmerman-Cooper, Warden,
London Correctional Institution,
    Respondent

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed November 9, 2010 (Doc. 13).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Petitioner's petition for writ of habeas corpus is **DENIED** and **DISMISSED** with prejudice.

A certificate of appealability will not issue with respect to any claim alleged in the petition, because petitioner has not made a substantial showing that he has stated "viable claim[s] of the denial of a constitutional right" or that the issues presented are "adequate to deserve encouragement to proceed further." See Slack, 529 U.S. at 475 (citing Barefoot v. Estelle, 463 U.S. 880, 893 & n.4 (1983)); see also 28 U.S.C. §

2253(c); Fed .R. App. P. 22(b).

      This Court certifies that pursuant to 28 U.S.C. § 1915(a)(3) an appeal of this Order would not be taken in good faith, and therefore DENIES petitioner leave to appeal *in forma pauperis*.  *See* Fed. R. App. P. 24(a); *Kincade v. Sparkman*, 117 F.3d 949, 952 (6th Cir. 1997).


Date: December 20, 2010　　　　　　　　　　s/Sandra S. Beckwith
　　　　　　　　　　　　　　　　　　　　　Sandra S. Beckwith, Senior Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court